FILED

05/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0478

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0478

_____

TAMMY BOUDETTE, n/k/a TAMMY
OSKERSON,

      Petitioner and Appellee,

  v.

ORDER

DANIEL BOUDETTE,

      Respondent and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Daniel Boudette, to all counsel of record, and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 1 2024